**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

Nos. 04-2394 and 04-2395

Arch Personal Care

vs.

Malmstrom, et al.

Susanne H. Malmstrom, Appellant in 04-2394

Ivar W. Malmstrom, Appellant in 04-2395

(New Jersey District Civil No. 02-cv-03148)

O R D E R

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron,
Clerk

Date: December 30, 2004

*Marcia M. Waldron*
Clerk
United States Court of Appeals
for the Third Circuit

cc:
    Barbara E. Hoey, Esq.
    James N. Lawlor, Esq.
    Joseph M. Casello, Esq.